UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-20718-CIV-MARTINEZ-BROWN

ALEJANDRO MORENO,

    Petitioner,

vs.

MICHAEL MUKASEY, Attorney General of the United States, LINDA SWACINA, District Director, USCIS, Miami, Florida, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS), ROBERT S. MUELLER, Director, Federal Bureau of Investigation, MICHAEL CANNON, Section Chief, FBI Name Check Program,

    Respondents
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

This MATTER is before the Court upon the Petitioner's Notice of Voluntary Dismissal **(D.E. No. 8)**, filed on April 29, 2008.  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**. The Petitioner will bear his own attorney's fees an costs.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 2nd day of this 2nd day of May, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Brown
All Counsel of Record